IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| IN RE: | MDL DOCKET NO. 1:07-cv-1832 |
| PILGRIM'S PRIDE FAIR LABOR | |
| STANDARDS ACT LITIGATION | ALL CASES |

## CASE MANAGEMENT ORDER NO. 1

1. The initial pre-trial conference was held in this matter on July 6, 2007, and this order sets forth the Court's rulings in that conference.

2. Lead Counsel for Plaintiffs is Joseph M. Sellers of Cohen, Milstein, Hausfield & Toll, P.L.L.C.  Liaison Counsel for Plaintiffs is Kelly Tidwell of Patton, Tidwell & Schroeder, L.L.P.

3. Lead Counsel and Liaison Counsel for Defendant is John B. Brown of Gardere Wynne Sewell LLP.

4. Parties are directed to file documents relating to two or more separate actions on the master docket, MDL Docket No. 1:07-cv-1832.

5. Parties are directed to file documents relating to one specific action on the individual docket for that action.

6. Plaintiffs have up to and including July 20, 2007, to file a consolidated amended complaint.

7. Both parties have up to and including August 20, 2007, to file a Joint Rule 26(f) Report.

8. The Court will issue an order regarding the filing of a consolidated motion for collective action certification after it receives proposals from both parties regarding this issue.

IT IS SO ORDERED, this 9th day of July, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge