IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:                                                                    MDL DOCKET NO. 1:07-cv-1832
PILGRIM'S PRIDE FAIR LABOR
STANDARDS ACT LITIGATION                                ALL CASES

## CASE MANAGEMENT ORDER NO. 2

It is anticipated that Plaintiffs will file a motion for collective action certification in this case. The Court indicated at the July 6, 2007 pre-trial conference that it would be appropriate to allow the parties to engage in discovery relating to collective action certification issues. However, upon further consideration, the Court has decided that discovery is not necessary at the initial stage of the certification process, as courts usually make a decision to issue notice under 29 U.S.C. § 216(b) based solely on the pleadings and any submitted affidavits. *See Hipp v. Liberty Nat'l Life Ins. Co.*, 252 F.3d 1208, 1218 (11th Cir. 2001); *Mooney v. Aramco Servs. Co.*, 54 F.3d 1207, 1216 (5th Cir. 1995); *Allen v. McWane, Inc.*, No. Civ. A. 2:06-CV-158TJ, 2006 WL 3246531 (E.D. Tex. Nov. 7, 2006); *see also* 51B C.J.S. *Labor Relations* § 1328. The Court is aware that sending notice early in this proceeding is critical under the Fair Labor Standards Act because the statute of limitations continues to run until individuals affirmatively opt-in to the action.

The Court has reviewed both parties's proposals pertaining to the certification issue. Bearing in mind that there will no discovery during this initial stage of certification, the Court hereby adopts and orders the following schedule of deadlines in advance of the collective action certification motion:

      1.  Plaintiffs have up to and including **September 21, 2007**, to file a motion for collective action certification and any supporting documents.

      2.  Defendant has up to and including **October 12, 2007**, to file a response to Plaintiffs' motion.

      3.  Plaintiffs have up to and including **November 2, 2007**, to file a reply to Defendant's response.

      IT IS SO ORDERED, this 19th day of July, 2007.

                                              /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge