

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 22 2007

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 3 1 2007

CHRIS R. JOHNSON, CLERK

DOCKET NO. 1832

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION

*Angela W. Allen, et al. v. Pilgrim's Pride Corp.,* M.D. Georgia, C.A. No. 3:07-19   07-1082
*Kristin Roebuck, et al. v. Pilgrim's Pride Corp.,* M.D. Georgia, C.A. No. 3:07-52   07-1083
*Gary Price v. Pilgrim's Pride Corp.,* N.D. Georgia, C.A. No. 1:07-1156   07-1084
*Daisy Hammond, et al. v. Pilgrim's Pride Corp.,* N.D. Georgia, C.A. No. 2:07-56   07-1085

### CONDITIONAL TRANSFER ORDER (CTO-2)

On May 10, 2007, the Panel transferred four civil actions to the United States District Court for the Western District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, three additional actions have been transferred to the Western District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable Harry F. Barnes.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Arkansas and assigned to Judge Barnes.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Arkansas for the reasons stated in the order of May 10, 2007, and, with the consent of that court, assigned to the Honorable Harry F. Barnes.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1832
## IN RE PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION

Richard B. Celler
Morgan & Morgan
284 South University Drive
Ft. Lauderdale, FL 33324

Carrie B. Hoffman
Gardere, Wynne & Sewell, L.L.P
1601 Elm Street
Suite 3000
Dallas, TX 75201

Deirdre Stephens Johnson
Morgan & Morgan
191 Peachtree Street, N.E.
Suite 4200
Atlanta, GA 30303

Hezekiah Sistrunk, Jr.
Cochran, Cherry, Givens, Smith, Sistrunk & Sams
127 Peachtree Street, NE
Suite 800
Atlanta, GA 30303